UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN LAMAR BLANTON, | CV F   05 00329 OWW SMS PC |
| Plaintiff, | |
| v. | ORDER DISREGARDING MOTION TO CORRECT STATUTORY AUTHORITY |
| SCHULTZ, et. al., | (Doc. 6.) |
| Defendants. | |

Bryan Lamar Blanton ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action.  Plaintiff seeks relief pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.

Plaintiff filed the instant action on March 10, 2005.  On May 4, 2005, plaintiff filed a Motion for Correction of Statutory Authority.  (Doc. 6.)  In this pleading, Plaintiff states that an Order issued by the Court erroneously indicated that Plaintiff was pursuing an action under 42 U.S.C. § 1983 and requested that the Court correct the Order.

As indicated in the Court's Informational Order, the Court has a preliminary duty to screen complaints to determine whether they state a cognizable claim for relief.  To the extent Plaintiff is concerned that the erroneous statement in the prior Order deprives this Court of

jurisdiction, he should not be so concerned.  An Order making such a correction at this time is unnecessary as the Court has yet to determine whether the complaint sufficiently states a claim such that the case can proceed.  Plaintiff can rest assured that when such a screening is conducted, the Court will make a determine as to its jurisdiction.  Accordingly, Plaintiff's Motion is DISREGARDED.  The Court will conduct a screening of the case in due course.

IT IS SO ORDERED.

**Dated:   May 5, 2005**                             **/s/ Sandra M. Snyder**
icido3                                               UNITED STATES MAGISTRATE JUDGE