IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN L. BLANTON, | 1:05-cv-00329-OWW-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 13.) |
| PAUL SCHULTZ, et al., | ORDER DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER AND FOR FAILURE TO STATE A CLAIM |
| Defendants. | ORDER DIRECTING CLERK TO CLOSE CASE |

Bryan L. Blanton ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 11, 2008, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to obey the court's order of May 21, 2008 and for failure to state a claim.   Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.   To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 11, 2008, are adopted in full;

2. This action is dismissed in its entirety, based on plaintiff's failure to comply with the court's order of May 21, 2008 and for failure to state a claim; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   September 5, 2008**          **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

2